HENRY C. DURKEE, Appellant, *v.* ORVILLE C. SMITH, as Executor of HENRY CRANDALL, Deceased, Respondent.

Reported below, 171 App. Div. 72.
(Argued April 10, 1916; decided April 18, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 11, 1916, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term in an action to have adjudged unlawful certain provisions of the will of Henry Crandall, deceased.

The motion was made upon the grounds that the Appellate Division had unanimously affirmed the findings of fact made by the trial court and that the exceptions were frivolous and presented no question of law for review.

*Joseph A. Kellogg* for motion.

*Edward M. Angell* opposed.

Motion denied, with ten dollars costs.